```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 08 B 02884
    KORTEZ L BLACKMON
                                         CHAPTER 13

                                         JUDGE: SUSAN PIERSON SONDERBY
         Debtor
    SSN XXX-XX-4937

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/08/2008 and was confirmed 04/17/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 07/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
US BANK NATIONAL           NOTICE ONLY     NOT FILED            .00           .00
SPRINT PCS                 UNSECURED       NOT FILED            .00           .00
AT&T                       UNSECURED       NOT FILED            .00           .00
CITY OF CALUMET CITY       UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00           .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00           .00
WOW INTERNET & CABLE SER   UNSECURED       NOT FILED            .00           .00
JAMES ORRINGTON DDS        UNSECURED       NOT FILED            .00           .00
MIDWEST EYE CENTER         UNSECURED       NOT FILED            .00           .00
VERIZON WIRELESS           UNSECURED       NOT FILED            .00           .00
VERIZON WIRELESS           UNSECURED       NOT FILED            .00           .00
NICOR GAS                  UNSECURED       NOT FILED            .00           .00
PRIMUS FIN                 UNSECURED       NOT FILED            .00           .00
RMI/MCSI                   UNSECURED          375.00            .00           .00
ILLINOIS DEPARTMENT OF E   UNSECURED       NOT FILED            .00           .00
CURFIN INVESTMENTS INC     UNSECURED       NOT FILED            .00           .00
AMERICAS SERVICING COMPA   CURRENT MORTG        .00             .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE        .00             .00           .00
AMERICAS SERVICING COMPA   CURRENT MORTG        .00             .00           .00
AMERICAS SERVICING COMPA   MORTGAGE ARRE        .00             .00           .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC        .00             .00           .00
AMERICREDIT FINANCIAL SV   UNSECURED            .00             .00           .00
COOK COUNTY TREASURER      SECURED          2591.84             .00         45.00
LATOYAH BLACKMON           NOTICE ONLY     NOT FILED            .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     299.00             .00        299.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,500.00                          1.00
TOM VAUGHN                 TRUSTEE                                          30.00
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 08 B 02884 KORTEZ L BLACKMON
```

```
--------------------------------------------------------------------------------
TRUSTEE                                         375.00

PRIORITY                                                               299.00
SECURED                                                                 45.00
UNSECURED                                                                  .00
ADMINISTRATIVE                                                           1.00
TRUSTEE COMPENSATION                                                    30.00
DEBTOR REFUND                                                              .00
                                        ---------------         ---------------
TOTALS                                          375.00                 375.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


    Dated: 10/29/08                              /s/ Tom Vaughn
                                                          _____
                                                          TOM VAUGHN
                                                          CHAPTER 13 TRUSTEE